Before STATE INDUSTRIAL BOARD, Respondent. JOHN LIMAN, Respondent, v.

MOHAWK CARPET MILLS, INC., and Another, Appellants.— Award unanimously affirmed, with costs in favor of the State Industrial Board.